1  Ronald A. McIntire, Bar No. 127407
   RMcIntire@perkinscoie.com
2  Melora M. Garrison, Bar No. 205408
   MGarrison@perkinscoie.com
3  **PERKINS COIE LLP**
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Steven S. Bell, Admitted *Pro Hac Vice*
   SBell@perkinscoie.com
7  Diane M. Meyers, Admitted *Pro Hac Vice*
   DMeyers@perkinscoie.com
8  **PERKINS COIE LLP**
   1201 Third Avenue, Suite 4800
9  Seattle, WA  98101-3099
   Telephone:  206.359.8000
10 Facsimile:  206.359.9000

11 Attorneys for Defendant
   The Boeing Company
12

13

14              **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16

17  B.A.F., et al.,                    Case No. CV 09-7884 ODW (PLAx)

18              Plaintiffs,            **ORDER ON STIPULATION REGARDING CONFIDENTIAL INFORMATION**
19       v.

20  THE BOEING COMPANY, et al.,

21              Defendants.

22

23

24

25

26

27

28

It appearing that disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation would be warranted, it is hereby ORDERED, pursuant to the Stipulation Regarding Confidential Information ("Stipulation") entered by and between the parties to this action on or about April 6, 2010, that information and materials designated "CONFIDENTIAL" as set forth in the Stipulation shall be protected in accordance with the terms of the Stipulation.

**IT IS SO ORDERED.**

Dated: 4/9/10________________________ By: ______________________________
Honorable Otis D. Wright II